NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


YASSINE OUASSINI,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-3284
                                       )
ROGUE SALES, LLC,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Robert A. Foster,
Jr., Judge.

Kenneth H. Keefe of The Keefe Law
Firm, P.A., St. Petersburg, for
Appellant.

William L. Yanger of Yanger Law
Group, P.A., Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.